```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CHARMAINE FREEMAN,                                                   :
                                                                     :
                                Plaintiff,                           :
                                                                     :         20-cv-3163 (LJL)
          -v-                                                        :
                                                                     :            ORDER
YMVS LLC and ANTHONY CARDOZO, Individually,                          :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

LEWIS J. LIMAN, United States District Judge:

      The parties appeared before the Court on September 25, 2020. Both parties consented to have the case referred to the Southern District of New York's Court Annexed Mediation Program. Parties are to complete mediation within 45 days. The parties are directed to submit a status report to the Court by November 6, 2020. A status conference will be held on November 13, 2020 at 10:30 a.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                      United States District Judge